O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 8 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 99-0083 DOC-16 |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| v. ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| 16) CRISPIN ALVIDREZ ) | Allegations of Violations of Probation Supervised Release) |
| ) | Conditions of Release) |
| Defendant. ) | |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( ✓ )  the appearance of defendant as required; and/or

    (B)  ( ✓ )  the safety of any person or the community.

//

//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)  ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: __August 18, 2015__

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE